ERIC GRANT
United States Attorney
BRENDAN D. DALY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD TARIN, JR.,<br>Defendant. | Case No. 1:20-mj-00082-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Brendan D. Daly, Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-mj-00082-SAB against RICHARD TARIN, JR., without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 25, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Brendan D. Daly*
BRENDAN D. DALY
Assistant United States Attorney

**<u>O R D E R</u>**

IT IS HEREBY ORDERED that Case No. 1:20-mj-00082-SAB against RICHARD TARIN, JR., is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **August 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge